# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:24-cv-03894-LJC |
| Plaintiff, | |
| vs. | Honorable Lisa J. Cisneros |
| JOHN DOE subscriber assigned IP address 98.248.93.202, | [~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |
| Defendant. | |

GRANTED AS MODIFIED

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for November 7, 2024, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until December 30, 2024 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for November 7, 2024 is continued to January 30, 2025 at 1:30 p.m. Case management statement due Jan. 23, 2025.

**DONE AND ORDERED**.

Dated: October 3, 2024

By: _____
**United States Magistrate Judge**
Hon. Lisa J. Cisneros

1

[~~Proposed~~] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:24-cv-03894-LJC